## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

REBECCA CLARK, SCOTT,      :
SIEGFRIED, and IVAN      :     No. 3:18-cv-00660
SANTIAGO,      :
     :
    Plaintiffs,      :
     :
     v.      :     (SAPORITO, M.J.)
     :
DELAWARE VALLEY      :
SCHOOL,      :
     :
    Defendant.      :

## ORDER

**AND NOW, this 30th day of March, 2020**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.  The defendant's motion for partial summary judgment (Doc. 20) is **GRANTED in part and DENIED in part**;

2.  The Clerk is directed to enter **JUDGMENT** in favor of the defendant with respect to the plaintiff's FLSA claim based on the defendant's alleged failure to pay them for donning and doffing their uniforms and protective gear; and

3. The plaintiff's motion for partial summary judgment (Doc. 22)

is **DENIED**.

***<u>s/Joseph F. Saporito, Jr.</u>***
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge
